UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROGELIO PENA,<br><br>　　　　　　Defendant. | No. CR24-0079-KKE<br><br>ORDER GRANTING MOTION TO SEAL *EX PARTE* MOTION TO WITHDRAW AS COUNSEL |

　　　This matter comes before the Court on a motion to seal the *ex parte* motion filed by Michael Filipovic, counsel for Defendant Rogelio Pena, to withdraw as counsel. Dkt. No. 89. The Court GRANTS the motion to seal (Dkt. No. 89) and ORDERS that Mr. Filipovic's *ex parte* motion to withdraw (Dkt. No. 88) shall remain under seal.

　　　DATED this 31st day of May, 2024.

　　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Motion to Seal - 1
*United States v. Pena* / CR24-79 KKE